IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:18-CR-108 |
| v. | : | (JUDGE RAMBO) |
| JUSTIN RASHAAD BROWN, | : | |
| Defendant. | : | (FILED ELECTRONICALLY) |

INFORMATION TO ESTABLISH PRIOR CONVICTION PURSUANT
TO TITLE 21, UNITED STATES CODE, SECTION 851

The United States of America, through David J. Freed, United States Attorney for the Middle District of Pennsylvania, files this Information to establish prior convictions, pursuant to 21 U.S.C. § 851, which raises the maximum penalty for Counts 1 through 5 and 9 through 12 of the Indictment.

Counts 1 through 5 and 9 through 12 of the Indictment charge distribution and possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a). Prior to the filing of the Indictment, the defendant was convicted of the following felony drug offenses:

1. Manufacture, Delivery or Possess with Intent to Manufacture or Deliver Controlled Substance in the Court of Common

Pleas for York County, Pennsylvania, No. CP-67-CR-7368-2007, on January 24, 2008;

    2.    Manufacture, Delivery or Possess with Intent to Manufacture or Deliver Controlled Substance in the Court of Common Pleas for York County, Pennsylvania, No. CP-67-CR-3932-2009, on August 27, 2009;

    3.    Manufacture, Delivery or Possess with Intent to Manufacture or Deliver Controlled Substance in the Court of Common Pleas for York County, Pennsylvania, No. CP-67-CR-2301-2011, on July 26, 2011;

    4.    Manufacture, Delivery or Possess with Intent to Manufacture or Deliver Controlled Substance in the Court of Common Pleas for York County, Pennsylvania, No. CP-67-CR-6349-2013, on January 10, 2014;

    5.    Manufacture, Delivery or Possess with Intent to Manufacture or Deliver Controlled Substance in the Court of Common Pleas for York County, Pennsylvania, No. CP-67-CR-6355-2013, on January 10, 2014;

Accordingly, the United States gives notice, pursuant to 21 U.S.C. § 851, that the increased statutory penalty for each of Counts 1 through 5 and 9 through 12 is up to 30 years in prison, a fine of $2,000,000, and a term of supervised release of at least 6 years.

    Respectfully submitted,

    DAVID J. FREED
    UNITED STATES ATTORNEY

By:   /s/ *James T. Clancy*
    JAMES T. CLANCY
    ASSISTANT U.S. ATTORNEY
    PA54339
    james.clancy@usdoj.gov
    228 Walnut Street, Ste. 220
    Harrisburg, PA  17108-1754
    717-221-4482 (O)
    717-221-4493 (F)

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

By:   */s/ James T. Clancy*
       JAMES T. CLANCY
       ASSISTANT U.S. ATTORNEY
       228 WALNUT ST., STE. 220
       HARRISBURG, PA  17108
       PHONE: 717-221-4482
       FAX:  717-221-2246
       james.clancy@usdoj.gov
       PA54339